IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**v.**                                     **Case No. 4:21-cr-40007-002**

**HAILLIE HENDRICKSON**
                                                                                                                  **DEFENDANT**

# O R D E R

**BEFORE** the Court is the Petition for Action on Conditions of Pre-trial Release filed herein by the United States Probation office.  ECF No. 52.  The Government has not formally responded. On March 7, 2022, an initial appearance and hearing was held regarding the allegations in the Petition.[1]  ECF No. 57.  After hearing testimony, considering information presented by the parties regarding the issue of continued release and considering the argument of counsel, the Court found that Defendant had violated the terms of her pre-trial release as alleged in the Petition.  The Court also found that there were additional conditions of release which would reasonably assure the safety of the community and Defendant's appearance for future proceedings.

**IT IS ORDERED** the Order setting Conditions of Release (ECF No. 25) is hereby modified to include the following condition:

**(q) The defendant shall participate in a location restriction program of Home Incarceration and shall comply with all the requirements of such program as directed by the United States Probation Office ("USPO").  Defendant shall be restricted to her residence 24-hours-a-day, except for medical necessities, court appearances, and attorney visits. Defendant must notify the USPO of prior to any of these permitted activities. Any other activity outside the home shall require specific approval by the USPO prior to Defendant**

---

[1] Defendant was arrested on February 28, 2022, pursuant to a warrant issued upon the filing of the Petition.

**leaving the residence.   Defendant shall submit to a location monitoring program as directed by the USPO and comply with all the program rules and requirements.  Defendant is not required to pay for location monitoring.**

All other conditions of release, except as modified above, shall remain in full force and effect.

**SIGNED** this **8th day of February 2022.**

/s/  *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S.  MAGISTRATE JUDGE