IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                        Case No 4:21-cr-40007-002

HAILLIE M. HENDRICKSON                                                                       DEFENDANT

### ORDER

Before the Court is the Motion to Modify Conditions of Pretrial Release filed herein by the Defendant HAILLIE M. HENDRICKSON. ECF No. 70. The Government does not oppose this Motion. The Motion was referred to the undersigned for decision. ECF No. 71. The Court finds as follows:

On March 8, 2022, the Court issued an Order modifying Defendant's Conditions of Release. ECF No. 60. Defendant's was subjected to location restriction program of Home Incarceration and was restricted to her residence 24-hours-a-day, except for medical necessities, court appearances, and attorney visits. Defendant now requests that she be released from the condition of Home Incarceration. Defendant asks to be allowed to seek employment and leave the home to care for a minor child in her care. The Government does not object to this request. The USPO has informed the Court it has no objections to the requested modification. The Court finds the request should be granted.

**IT IS THEREFORE ORDERED** the Defendant's Motion to Modify Conditions of Pretrial Release (ECF No. 70) is **GRANTED**. Defendant's conditions of pretrial release are modified to include the following:

> -**Location restriction program of Curfew**. Defendant is restricted to her residence every day as directed by the pretrial services officer supervising her pretrial release. She shall no longer be subject to electronic monitoring as previously ordered by the Court.

  **-Defendant shall seek and maintain employment**.

All other conditions of release not modified herein shall remain in full force and effect.

  **SO ORDERED** this **14th day of February 2023.**

                /s/ *Barry A. Bryant*
                HON. BARRY A. BRYANT
                U.S. MAGISTRATE JUDGE