IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                             Case No. 4:21-cr-40007-002

HAILLIE M. HENDRICKSON                                                                  DEFENDANT

## ORDER

Before the Court is a Motion to Dismiss filed by the United States of America. ECF No. 120. Consistent with the parties' written plea agreement[1], the United States moves the Court to dismiss Count One, violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(iii); Count Two, violation of 18 U.S.C. §§ 324(c)(1)(A); and the forfeiture allegation of the Indictment (ECF No. 12) only as they relate to separate Defendant Haillie M. Hendrickson in the above-captioned matter. Upon consideration, pursuant to Fed. R. Crim. P. 48(a), the Court finds that the motion (ECF No. 120) should be and hereby is **GRANTED**. Accordingly, Count One, Count Two, and the forfeiture allegation of the Indictment (ECF No. 12) are hereby **DISMISSED WITH PREJUDICE** as to separate Defendant Haillie M. Hendrickson.

**IT IS SO ORDERED**, this 27th day of June, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] *See* ECF No. 6 in Case No. 4:23-cr-40007-001.